**FILED**
OCT 14 2014
OCT 1 4 2014
THOMAS G. BRUTON
CLERK, U S DISTRICT COURT

)
)
Cynthia S. Wright
Plaintiff
)
)
v.
)
)
)
Evanston-Skokie School
District 65
Defendant )

United States District Court
Northern District of Illinois

1:14-cv-07977
Judge Ronald A. Guzman
Magistrate Judge Sidney I. Schenkier

# COMPLAINT

I am filing a complaint against the Evanston-Skokie School District for the violation of my Lucas Wright's First Amendment Right under the United States Constitution that guarantees Freedom of Speech. On October 10, 2014 I received an email stating that my son Lucas Wright received an "Inappropriate Language" Office Discipline Referral for telling the teacher Mr. Kevin Matten that a student made a racial comment. My son Lucas Wright was unfairly treated due to his opinion that a White student made a racial comment. Mr. Matten issued a harsh punishment as well as a written document stating my son is being disciplined for "inappropriate language" for using the term racial comment. Furthermore this is a violation of the Civil Rights Act that forbids entities that receive government funding from engaging in discriminatory practices based on race.
Exhibit A
I am seeking $500,000 in damages.

*[signature: Cynthia S Wright]*   10/14/2014

**Subject:** Re: Lucas
**From:** cswright1002@yahoo.com (cswright1002@yahoo.com)
**To:** mattenk@district65.net;
**Cc:** brownj@district65.net;
**Date:** Friday, October 10, 2014 12:03 PM

Mr. Matten,
None of this makes sense. Maybe things are being lost in translation through email, however this warrants a meeting with you and Dr. Brown. I will be there immediately after school.

----- Reply message -----
From: "Kevin Matten" <mattenk@district65.net>
To: <cswright1002@yahoo.com>
Subject: Lucas
Date: Fri, Oct 10, 2014 11:51 am

Ms. Wright,

Today in class I wrote Lucas up for an "Inappropriate Language" ODR.

During group work, he simply could not stay with his own group and continually turned around and was bothering the group behind him. I had to ask him to move to the back of the room basically right next to me. He then began to tell me that, that group was saying "racist comments" to him. I either ignored him or told him to focus on his work. He then walked over to his desk to get his pencil case and as he was passing by the same group he said, "You know I told Mr. Matten you were saying racist comments."

After I spoke with all students involved, Lucas admitted that they didn't say "racist comments." I had a long talk with him, he wrote an apology letter to the group, and he will stay in from recess for the next two days. If you have any questions, just let me know. Thanks.

Kevin

---

Any communication sent or received by District 65 is a public record and may be subject to inspection or copying under the Illinois Freedom of

https://us-mg6.mail.yahoo.com/neo/launch?.rand=b1vn04k8ak3no     10/13/2014

Exhibit A

Information Act.